[No. 17057–1–I.  Division One.  June 8, 1987.]

RALPH J. MCCARTY, ET AL, *Plaintiffs,* G & E REALTY INVESTMENTS, INC., *Appellant,* v. CAPITAL SAVINGS BANK F.A., *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–01416–2, Stuart C. French, J., entered July 5, 1985. *Affirmed as modified* by unpublished

opinion per Brucker, J. Pro Tem., concurred in by Scholfield, C.J., and Ennis, J. Pro Tem.